**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 02, 2015

Philip Delbert Fraissinet
Thompson & Horton LLP
3200 Southwest Fwy., Suite 2000
Houston, TX 77027-7528
* DELIVERED VIA E-MAIL *

Hon. Greggory A. Teeter
Thomas J. Henry Injury Attorneys
521 Starr Street
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-14-00481-CV
Tr.Ct.No. 2013CCV-61773-4
Style:    Brett William Bostian, Lynda Ann De Leon, Ryan Elizondo & Doyne Scott
          Elliff v. Josephine Limon

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    County Court at Law No. 4 (DELIVERED VIA E-MAIL)
       Hon. Anne Lorentzen, Nueces County District Clerk (DELIVERED VIA E-MAIL)